# Supreme Court of Kentucky

2021-SC-0399-MR

CHRISTIAN RICHARD MARTIN                                      APPELLANT

ON APPEAL FROM CHRISTIAN CIRCUIT COURT
V.                   HONORABLE JOHN L. ATKINS, JUDGE
NO. 19-CR-00298

COMMONWEALTH OF KENTUCKY                                       APPELLEE

## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the

Court, rendered October 26, 2023, is DENIED.

VanMeter, C.J.; Bisig, Conley, Keller, Lambert and Nickell, JJ., sitting.

All concur. Thompson, J., not sitting.

ENTERED: February 15, 2022.

_____
CHIEF JUSTICE LAURANCE B. VANMETER